

## RECONSIDERATION OF PRIOR DECISIONS

**2007–0114.   Cleveland Constr., Inc. v. Cincinnati.**
Hamilton App. Nos. C–050749, C–050779, and C–050888, 169 Ohio App.3d 627, 2006-Ohio-6452. Reported at 118 Ohio St.3d 283, 2008-Ohio-2337, 888 N.E.2d 1068. On motion for reconsideration and motion to clarify. Motions denied.

PFEIFER, J., dissents.

**2007–0268.   State v. Smith.**
Hamilton App. No. C–060077, 2006-Ohio-6980. Reported at 117 Ohio St.3d 447, 2008-Ohio-1260, 884 N.E.2d 595. On motion for reconsideration. Sua sponte, the court accepts jurisdiction over Proposition of Law No. II. The parties shall brief that proposition of law in accordance with the Rules of Practice of the Supreme Court of Ohio.

**2007–0347.   Polaris Amphitheater Concerts, Inc. v. Delaware Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–V–1294. Reported at 118 Ohio St.3d 330, 2008-Ohio-2454, 889 N.E.2d 103. On motion for reconsideration. Motion denied.

**2007–0394.   State v. Hairston.**
Franklin App. No. 06AP–420, 2007-Ohio-143. Reported at 118 Ohio St.3d 289, 2008-Ohio-2338, 888 N.E.2d 1073. On motion for reconsideration. Motion denied.

**2007–0549 and 2007–0684.   Rogers v. Dayton.**
Montgomery App. No. 21593, 2007-Ohio-673. Reported at 118 Ohio St.3d 299, 2008-Ohio-2336, 888 N.E.2d 1081. On motions for reconsideration. Motions denied.

MOYER, C.J., and LANZINGER and CUPP, JJ., dissent.

**2007–1893.   In re J.Y.**
Hamilton App. Nos. C–060835 and C–060836, 2007-Ohio-4469. Reported at 118 Ohio St.3d 266, 2008-Ohio-2544, 888 N.E.2d 412. On motion for reconsideration. Motion denied.

LANZINGER, J., dissents.

CUPP, J., dissents and would remand the cause to the court of appeals for further consideration in view of our decision in *State v. Cabrales*, 118 Ohio St.3d 54, 2008-Ohio-1625, 886 N.E.2d 181.

**2008–0220.   Hiddens v. Leibold.**
Montgomery App. No. 21861, 2007-Ohio-6688. Reported at 118 Ohio St.3d 1408, 2008-Ohio-2340, 886 N.E.2d 871. On motion for reconsideration, motion for sanctions, and motion to strike. Motions denied.

LUNDBERG STRATTON, J., would grant the motion for sanctions.

**2008–0221.   State v. Fletcher.**
Licking App. No. 07CA103, 2007-Ohio-7110. Reported at 118 Ohio St.3d 1432, 2008-Ohio-2595, 887 N.E.2d 1202. On amended motion for reconsideration. Motion denied.

**2008–0322.   Hans v. Hartford Fire Ins. Co.**
Hamilton App. No. C–061066, 174 Ohio App.3d 212, 2007-Ohio-7064. Reported at 118 Ohio St.3d 1433, 2008-Ohio-2595, 887 N.E.2d 1202. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.